BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
ANDREW M. SCOBLE (CABN 124940)

Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Kimberly.Hopkins@usdoj.gov
    Andrew.Scoble@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 14-0120-EMC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PR~~OPOS~~ED] ORDER |
| v. | ) |
| ROGELIO REAL, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH UNDERSIGNED COUNSEL, THAT: The sentencing hearing, currently set for February 22, 2017 at 2:30 p.m., should be converted to a status conference regarding new counsel and sentencing.

DATED: February 8, 2017                    BRIAN J. STRETCH
                                                United States Attorney

                                                /s/
                                       By: _____
                                                KIMBERLY HOPKINS
                                                ANDREW M. SCOBLE
                                                Assistant United States Attorneys

DATED: February 8, 2017

/s/
_____
ERIN CRANE
Counsel for Rogelio Real

[PR~~OPOS~~ED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT the sentencing hearing, currently set for February 22, 2017 at 2:30 p.m., should be converted to a status conference regarding new counsel and sentencing.

IT IS SO ORDERED.

DATED: 2/10/17



HON. _____
UNITED STATES DISTRICT JUDGE