ERIN M. CRANE
Attorney at Law (CSBN 145661)
819 Eddy Street
San Francisco, California 94109
Tel: (415) 412-8728
Erincrane@sbcglobal.net

Attorney for Defendant
ROGELIO REAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>                                 )<br>     vs.                         )<br>                                 )<br>ROGELIO REAL,                    )<br>                                 )<br>           Defendant.            )<br>_____) | 14 CR 00120 EMC<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER** |

ROGELIO REAL, by and through his counsel, Erin Crane, and Assistant United States Attorney Andrew Scoble, hereby stipulate that Defendant's Motion to Withdraw his plea be filed by May 19, 2017, the Government's Opposition be filed by June 2, 2017, defendant's Reply be filed by June 9, 2017, and that the hearing itself remain set for June 14, 2017, at 2:30 p.m.

IT IS SO STIPULATED.


DATED: May 16, 2017            /s/_____
                               Erin Crane
                               Attorney for Defendant
                               Rogelio Real


**STIPULATION AND [proposed] ORDER**

DATED: May 16, 2017

/s/
Andrew Scoble
Assistant United States Attorney

IT IS SO ORDERED:

May 18, 2017

HON. EDWARD M. CHEN
United States District Court Judge