ERIN M. CRANE
Attorney at Law (CSBN 145661)
819 Eddy Street
San Francisco, California 94109
Tel: (415) 412-8728
Erincrane@sbcglobal.net

Attorney for Defendant
ROGELIO REAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ROGELIO REAL,<br>Defendant. | 14 CR 00120 EMC<br><br>**STIPULATION AND [~~PROPOSE~~D] ORDER** |

ROGELIO REAL, by and through his counsel, Erin Crane, and Assistant United States Attorney Andrew Scoble, hereby stipulate that the hearing on Defendant's Motion to Withdraw his plea be moved to July 12, 2017 at 2:30 p.m., with the Government's Opposition to be filed by June 21, 2017 and defendant's Reply be filed by June 28, 2017.

IT IS SO STIPULATED.

DATED: June 6, 2017

/s/__________________
Erin Crane
Attorney for Defendant
Rogelio Real

DATED: June 6, 2017

/s/
Andrew Scoble
Assistant United States Attorney

IT IS SO ORDERED: